```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | DOCKET NUMBER 8:07CV228 |
| | ) | |
| v. | ) | |
| | ) | |
| $5,600 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. On August 20, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before October 19, 2007, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED October 4, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge