```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CV228 |
| v. | ) | |
| $5,600.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1. The order to show cause, filing 12, is withdrawn.

2. Defendant's motion for extension, filing 13, is granted and the deadline for the parties to file their Rule 26 planning conference report is extended to November 20, 2007.

DATED this 11th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge