IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   DOCKET NUMBER 8:07CV228 |
| | ) |
| v. | ) |
| | ) |
| $5,600 IN UNITED STATES CURRENCY, | )   ORDER |
| | ) |
| Defendant. | ) |

This matter is before the court *sua sponte*. On October 11, 2007, the court extended the deadline for the parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting by November 20, 2007. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before January 22, 2008, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED January 8, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge