```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )           8:07CV228
                                )
        v.                      )
                                )
$5,600.00 IN UNITED             )           ORDER
STATES CURRENCY,                )
                                )
                Defendant.      )
                                )
```

IT IS ORDERED:

Plaintiff's Consent Motion to Reschedule Planning Conference, filing 20, is granted and the Rule 16 telephone planning conference is continued from April 3 to April 15, 2008 at 4:00 p.m.  Plaintiff's counsel shall initiate the call.

DATED this 27th day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge